United States Bankruptcy Court

Middle District of Florida

In re:                                                                  Case No. 23-00467-LVV

Mehrnoosh Sabeti Sanat                                   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-6                                    User: admin                                    Page 1 of 3

Date Rcvd: Feb 08, 2023                                Form ID: 309A                              Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mehrnoosh Sabeti Sanat, 2108 Silver Leaf Court, Longwood, FL 32779-2757 |
| 30266421 | + | AdventHealth, PO Box 105572, Atlanta, GA 30348-5572 |
| 30266432 | + | Floorplan Xpress, LLC-OK, 2900 S Telephone Road, Suite 220, Oklahoma City, OK 73160-2971 |
| 30266433 | + | Liebler Gonzalez & Portuondo, Courthouse Tower 25th Floor, 44 West Flagler Street, Miami, FL 33130-1817 |
| 30266442 | | Priority Credit Union, 301 W Michigan Avenue, Orlando, FL 32806 |
| 30266447 | + | Trustco Bank, 320 State Street, Schenectady, NY 12305-2302 |
| 30266448 | + | Universal Auto Plaza, Inc, 3701 W Colonial Drive, Orlando, FL 32808-7905 |
| 30266455 | + | Westlake Flooring Company, c/o Corporate Creations Net, 801 US Highway 1, North Palm Beach, FL 33408-3811 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jbadgley@badgleylawgroup.com | Feb 08 2023 21:37:00 | Jeffrey S Badgley, Badgley Law Group, 801 N. Magnolia Avenue, Suite 107, Orlando, FL 32803 |
| tr | + | EDI: BLPATTON | Feb 09 2023 02:39:00 | Lori Patton, Lori Patton, Trustee, 377 Maitland Ave, Ste 1002, Altamonte Springs, FL 32701-5442 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Feb 08 2023 21:38:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |
| 30266422 | + | Email/PDF: bncnotices@becket-lee.com | Feb 08 2023 21:50:04 | American Express, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 30266423 | + | Email/PDF: bncnotices@becket-lee.com | Feb 08 2023 21:50:04 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 30266424 | + | Email/PDF: bncnotices@becket-lee.com | Feb 08 2023 21:50:05 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 30266426 | + | EDI: BANKAMER.COM | Feb 09 2023 02:39:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 30266425 | + | EDI: BANKAMER.COM | Feb 09 2023 02:39:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 30266428 | | Email/Text: bankruptcy@cavps.com | Feb 08 2023 21:38:00 | Cavalry Portfolio Services, 4050 E Cotton Center Blvd, Phoenix, AZ 85040 |
| 30266427 | + | Email/Text: bankruptcy@cavps.com | Feb 08 2023 21:38:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 30266431 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Feb 08 2023 21:38:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 30266430 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Feb 08 2023 21:38:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCS83E, 1830 E Paris Ave SE, Grand Rapids, MI 49546-6253 |
| 30266419 | | EDI: FLDEPREV.COM | Feb 09 2023 02:39:00 | Florida Department of Revenue, Bankruptcy Unit, |

Case 6:23-bk-00467-LVV  Doc 5  Filed 02/10/23  Page 2 of 5

| District/off: 113A-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: 309A | Total Noticed: 42 |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | Post Office Box 6668, Tallahassee FL 32314-6668 |
| 30266420 | | EDI: IRS.COM | Feb 09 2023 02:39:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 30266429 | | EDI: JPMORGANCHASE | Feb 09 2023 02:39:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 30266434 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 08 2023 21:49:33 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 30266435 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 08 2023 21:38:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 30266437 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 08 2023 21:38:00 | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 30266436 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 08 2023 21:38:00 | Midland Funding, LLC, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 30266439 | + | Email/Text: bankruptcy@onlineis.com | Feb 08 2023 21:38:00 | Online Collections, 685 W Fire Tower Rd, Winterville, NC 28590-9232 |
| 30266438 | + | Email/Text: bankruptcy@onlineis.com | Feb 08 2023 21:38:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 30266440 | | EDI: PRA.COM | Feb 09 2023 02:39:00 | Portfolio Recovery Associates, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 30266441 | | EDI: PRA.COM | Feb 09 2023 02:39:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 30266443 | + | Email/Text: newbk@Regions.com | Feb 08 2023 21:38:00 | Regions Bank, Attn: Bankruptcy, 2050 Parkway Office Circle, Hoover, AL 35244-1805 |
| 30266444 | + | Email/Text: newbk@Regions.com | Feb 08 2023 21:38:00 | Regions Bank, 720 North 39th Street, Birmingham, AL 35222-1112 |
| 30266446 | + | EDI: RMSC.COM | Feb 09 2023 02:39:00 | SYNCB/BRMart, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 30266445 | + | EDI: RMSC.COM | Feb 09 2023 02:39:00 | SYNCB/BRMart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 30266418 | | Email/Text: kelly.rose@seminolecounty.tax | Feb 08 2023 21:38:00 | Seminole County Tax Collector, Post Office Box 630, Sanford FL 32772-0630 |
| 30266449 | + | EDI: WFFC.COM | Feb 09 2023 02:39:00 | Wells Fargo Auto, Attn: Bankruptcy, PO Box 168048, Irving, TX 75016-8048 |
| 30266450 | + | EDI: WFFC2 | Feb 09 2023 02:39:00 | Wells Fargo Auto, Po Box 71092, Charlotte, NC 28272-1092 |
| 30266451 | + | EDI: WFFC2 | Feb 09 2023 02:39:00 | Wells Fargo Auto Finance, Attn: Bankruptcy, PO Box 29704, Phoenix, AZ 85038-9704 |
| 30266452 | + | EDI: WFFC2 | Feb 09 2023 02:39:00 | Wells Fargo Auto Finance, Po Box 71092, Charlotte, NC 28272-1092 |
| 30266454 | + | EDI: WFFC2 | Feb 09 2023 02:39:00 | Wells Fargo/Dillards, Po Box 14517, Des Moines, IA 50306-3517 |
| 30266453 | + | EDI: WFFC2 | Feb 09 2023 02:39:00 | Wells Fargo/Dillards, Attn: Bankruptcy, PO Box 10438, Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 08, 2023 | Form ID: 309A | Total Noticed: 42 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2023           Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2023 at the address(es) listed below:**

**Name**            **Email Address**

Jeffrey S Badgley

on behalf of Debtor Mehrnoosh Sabeti Sanat jbadgley@badgleylawgroup.com
bankruptcy@badgleylawgroup.com;assistant@badgleylawgroup.com;medowell@badgleylawgroup.com

Lori Patton

trustee@trusteepatton.com  FL99@ecfcbis.com

United States Trustee - ORL7/13

USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Mehrnoosh Sabeti Sanat<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–4591<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Middle District of Florida | Date case filed for chapter:    7    2/7/23 |
| Case number: | 6:23–bk–00467–LVV | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Mehrnoosh Sabeti Sanat | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2108 Silver Leaf Court<br>Longwood, FL 32779 | |
| 4. | **Debtor's attorney**<br>Name and address | Jeffrey S Badgley<br>Badgley Law Group<br>801 N. Magnolia Avenue<br>Suite 107<br>Orlando, FL 32803 | Contact phone (407) 781–0420<br><br>Email: jbadgley@badgleylawgroup.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Lori Patton<br>Lori Patton, Trustee<br>377 Maitland Ave<br>Ste 1002<br>Altamonte Springs, FL 32701 | Contact phone 407–937–0936 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | George C. Young Federal Courthouse<br>400 West Washington Street.<br>Suite 5100<br>Orlando, FL 32801 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 407−237−8000<br><br>Date: February 8, 2023 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073−1 restricts the entry of personal electronic devices into the Courthouse. | March 8, 2023 at 01:00 PM<br><br><br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Meeting will be held telephonically**<br><br>Trustee: Lori Patton<br>Call in number: 877−788−1252<br>Passcode: 6701203 |
| *** Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. *** | | |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: May 8, 2023** |
| | **Deadline to object to exemptions:**<br><br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 1−866−222−8029. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**                                                                       page 2