**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
(*Orlando Division*)

IN RE:                                                                    CASE NO. 6:23-bk-00467-LVV
                                                                          Chapter 7
MEHRNOOSH SABETI SANAT,

       Debtor(s).
_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

TAKE NOTICE that the undersigned hereby appears as counsel for WESTLAKE FLOORING COMPANY, LLC ("Westlake"), as creditor and party in interest, and pursuant to Rule 9010 of the Bankruptcy Rule of Procedure, requests that all further notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

**WESTLAKE FLOORING COMPANY, LLC**
c/o James R. Liebler, II, Esquire
Liebler, Gonzalez & Portuondo
44 West Flagler St., Courthouse Tower – 25th FL
Miami, FL 33130
Tel: (305) 379-0400
Fax: 305-379-09626
Email: JRLII@lgplaw.com ; mkv@lgplaw.com

TAKE FURTHER NOTICE that pursuant to the Bankruptcy Code, the foregoing request also includes, without limitation, all orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way Westlake's rights or interest with respect to the Debtor, property of the Debtor, or property of the estate, including proceeds thereof, in which the Debtor may claim an interest.

                                              **CASE NO. 6:23-bk-00467-LVV**
                                                               **Chapter 7**

Respectfully submitted,

/s/ *James R. Liebler, II*
James R. Liebler, II (FBN 115348)
Email: jrlii@lgplaw.com; mkv@lgplaw.com
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Tel: (305) 379-0400
Fax: (305) 379-9626
*Attorneys for Westlake Flooring Company, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2023, a copy of the *Notice of Appearance and Request for Service of Papers* was served via the Court's electronic case filing system on all of those parties receiving electronic notice in the above-referenced case and via U.S. Regular Mail to the following parties:

*Debtor*
Mehrnoosh Sabeti Sanat
2108 Silver Leaf Court
Longwood, FL 32779

*Trustee*
**Lori Patton**
Lori Patton, Trustee
377 Maitland Ave
Ste 1002
Altamonte Springs, FL 32701

*Debtor Attorney*
Jeffrey S Badgley
Badgley Law Group
801 N. Magnolia Avenue, Suite 107
Orlando, FL 32803
Email: jbadgley@badgleylawgroup.com

*U.S. Trustee*
**United States Trustee - ORL7/13**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

/s/ *James R. Liebler, II*
JAMES R. LIEBLER, II