Certificate Number: 16339-FLM-DE-037262190

Bankruptcy Case Number: 23-00467



16339-FLM-DE-037262190

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 14, 2023</u>, at <u>9:49</u> o'clock <u>PM EDT</u>, <u>Mehrnoosh Sabeti sanat</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Florida</u>.

Date:  <u>March 14, 2023</u>

By:  <u>/s/Kelley Tipton</u>

Name:  <u>Kelley Tipton</u>

Title:  <u>Certified Financial Counselor</u>