UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

MEHRNOOSH SABETI SANAT,　　　　　　　　　　Case No.:  6:23-bk-00467-LVV

    Debtor.
_____/

**APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO EMPLOY
ESTHER MCKEAN OF THE LAW FIRM OF AKERMAN LLP
AS COUNSEL FOR THE ESTATE *EX POST FACTO* TO APRIL 6, 2023**

The duly appointed trustee in this Chapter 7 case, Lori Patton, ("Trustee") applies for an order approving the employment of Esther McKean, Esq. and the law firm of Akerman LLP to represent and assist the Trustee in carrying out the Trustee's duties under the Bankruptcy Code. After reviewing the facts and legal issues in this case, the Trustee has concluded the assistance of counsel is necessary to assist in the recovery of potential assets, and to otherwise assist the Trustee in discharging the Trustee's statutory duties.

The Trustee has selected this attorney because she has the ability and experience to render the necessary assistance.  The attorney and Akerman LLP further agree to seek compensation at the firm's standard hourly rates and reasonable costs and expenses pursuant to the provisions of Section 330 of the Bankruptcy Code.  Esther McKean, Esq. has agreed to reduce her hourly rate to $450 for her fees in this case.

Applicant will assist the Trustee in performing the following duties:

1.　　Prepare and file all necessary objections, motions, applications, notices, complaints and other papers required to be filed by an attorney licensed to practice before this District.

2

2. Prepare any proposed orders as may be required by the Court.

3. Prepare, file and prosecute adversary proceedings necessary for recovery of fraudulent transfers and any preference.

4. Assist with liquidating estate's interest in business.

5. Prepare legal documents necessary for this Court's approval for the settlement of any claim that the estate asserts.

6. Attend hearings on behalf of the bankruptcy estate.

7. Conduct 2004 examination of the Debtor.

8. Conduct any ancillary matter which may arise for the Trustee to perform her duties as outlined in the United States Bankruptcy Code.

Ms. McKean will associate with other attorneys within the firm of Akerman LLP. This includes associates, partners and paralegals; they will bill at their standard hourly rate.

To the extent electronic discovery is required in this case, Akerman LLP utilizes an in-house eDiscovery practice, which is run by an Akerman LLP partner. This group – which is comprised of lawyers, technologists and project managers – is 100% dedicated to eDiscovery and handles the collection, processing, hosting, review and production of electronically stored information at rates that are comparable to, or lower than, outside providers. This allows Akerman LLP to keep work that smaller firms outsource to third parties, inside the firm and under the supervision of our lawyers.

To the best of the Trustee's knowledge, the attorney has no connection with the Debtor, creditors, any other party in interest, its respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee except as disclosed in the attached Declaration.

69818805;1

The Trustee therefore prays that the Court will enter an order approving the employment of counsel.

DATED: April 10, 2023

Respectfully submitted,

**AKERMAN LLP**

*s/ Esther McKean*
Esther McKean, Esquire
Florida Bar Number: 28124
**AKERMAN LLP**
420 S. Orange Ave., Suite 1200
Orlando, FL 32801
Phone: (407) 423-4000
Fax: (407) 843-6610
Email: esther.mckean@akerman.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was furnished by CM/ECF this 10th day of April, 2023 to: **Attorney for the Debtor:** Jeffrey S. Badgley, Esq., Badgley Law Group, 801 N. Magnolia Ave., Suite 107, Orlando, FL 32803; **UST:** United States Trustee's Office, George C. Young Federal Courthouse, 400 West Washington Street, Suite 1100, Orlando, Florida 32801, and by first-class United States Mail, postage prepaid to **Debtor:** Mehrnoosh Sabeti Sanat, 2108 Silver Leaf Court, Longwood, FL 32779.

By:     */s/ Esther McKean*
Esther McKean, Esquire