UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

MEHRNOOSH SABETI SANAT,                    Case No.:  6:23-bk-00467-LVV

     Debtor.

_____/

### DECLARATION OF PROPOSED ATTORNEY ESTHER MCKEAN

I, Esther McKean, hereby declare:

1.     I am an attorney admitted to practice in the State of Florida and the United States Bankruptcy Court for the Middle District of Florida.

2.     I am an attorney with the law firm of Akerman LLP ("Akerman").

3.     I maintain an office at 420 South Orange Avenue, Suite 1200, Orlando, Florida 32801.

4.     Neither I, nor to the best of my knowledge any partner or other attorney of Akerman, is a creditor, equity security holder or insider of Mehrnoosh  Sabeti Sanat (the "Debtor") or has any connections with the Debtor, the Debtor's respective attorney and accountant, the United States Trustee, or any person employed in the office of the United States Trustee except as stated in this declaration.

5.     Based on the foregoing, I believe that neither I nor any member of Akerman holds or represents an interest adverse to this Estate and I am a disinterested person within the meaning of 11 U.S.C. § 101(14).

6.     My current hourly rate for this representation is $450.00 and other attorneys and paralegals may work on this file and will be billed at their standard hourly rates.  The ultimate

69818802;1

fee request may vary from the above rate based on the factors discussed in *Johnson v. Georgia Highway Express,* 488 F.2d 714 (5th Cir. 1974) and periodic rate adjustments.

7.     I agree to represent the Trustee, and fully understand that my employment by Lori Patton, Chapter 7 Trustee (the "Trustee") is subject to the approval of the Bankruptcy Court, that all funds recovered by me on behalf of the estate are property of the estate and shall be forwarded without delay to the Trustee, and that any compensation which I may seek for services rendered on behalf of the Trustee shall be subject to the review and approval of the Court.

8.     Akerman has the following connections with parties in this case:

a.     Akerman has represented, does represent and will represent clients who are creditors in other bankruptcy estates in which the Trustee is also the trustee in those other cases.  This does not constitute a conflict since each bankruptcy estate is a separate entity.

b.     Dillards,[1] Fifth Third Bank, Merrick Bank Corp., and Trustco Bank are former clients of Akerman on wholly unrelated matters to the Debtor in this Case and thus, the connection does not impair my or Akerman's disinterestedness.

c.     AdventHealth,[2] Bank of America, JP Morgan Chase Bank, N.A., Midland Credit Management, Inc., Midland Funding, LLC, Portfolio Recovery Associates, LLC, Regions Bank, SYNCB a/k/a Synchrony Bank, and Wells Fargo Bank are present clients of Akerman on wholly unrelated matters to the Debtor in this Case and thus, the connection does not impair my or Akerman's disinterestedness.

d.     Akerman does represent Lori Patton in her role as chapter 7 trustee in other bankruptcy cases.

---

[1] Akerman formerly represented Dillard Store Services, Inc. and Dillard's, Inc.  It is unclear if either of those are the same entity as creditor "Dillards."

[2] Akerman represents Adventist Health System entities which may be affiliated with the creditor of "AdventHealth." Akerman used to represent Florida Hospital which Florida Hospital is now a part of the AdventhHealth corporate family.

69818802;1

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  April 10, 2023.

Respectfully submitted,

*/s/ Esther McKean*

Esther McKean, Esquire
Florida Bar Number: 028124