ORDERED.

**Dated:  April 13, 2023**

_____

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

MEHRNOOSH SABETI SANAT,                                    Case No.:  6:23-bk-00467-LVV

    Debtor.

_____/

**ORDER APPROVING APPLICATION OF LORI PATTON, AS CHAPTER 7
TRUSTEE, FOR AN ORDER AUTHORIZING THE EMPLOYMENT OF
ESTHER MCKEAN OF THE LAW FIRM OF AKERMAN LLP AS COUNSEL
FOR THE ESTATE _EX POST FACTO_ TO APRIL 6, 2023**

THIS CASE came on for consideration without a hearing on the Application of Lori

Patton, as Chapter 7 Trustee ("Trustee"), for an Order Authorizing the Employment of Esther

McKean of the Law Firm of Akerman LLP as Counsel for the Estate _Ex Post Facto_ to April 6,

2023 (Doc. No. 9) (the "Application") and the Declaration of Esther McKean on behalf of

Akerman LLP in support of the Application.  Accordingly, it is

**ORDERED:**

1.    The Application is hereby approved and the Trustee is authorized to retain

1

69080536;2

counsel, pursuant to Sections 327 and 330 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure, to represent the Trustee under the terms and conditions as set forth in the Application and this Order, *ex post facto* to April 6, 2023.

2.       The law firm of Akerman LLP ("Akerman") has made the required disclosures and has no connections with the Debtor, creditors, any other party in interest, its respective attorney and accountant, the United States Trustee, or any person employed in the office of the United States Trustee, which would prevent Akerman from acting as counsel to the Trustee in this case.

3.       Subject to this Court's approval, Akerman will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates for services of this type and nature, and for this type of matter, in effect on the date such services are rendered, and for its actual, reasonable and necessary out-of-pocket disbursements incurred in connection therewith.

4.       Compensation will be determined later in accordance with 11 U.S.C. § 330. The hourly rate is not guaranteed and is subject to review.

Attorney Esther McKean, Esq. is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of the order.

69080536;2