UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

MEHRNOOSH SABETI SANAT,                    Case No.: 6:23-bk-00467-LVV

   Debtor.
_____/

**PROOF OF SERVICE**

   I HEREBY CERTIFY that a true and correct copy of the Order Approving Application of Lori Patton, as Chapter 7 Trustee, for an Order Authorizing the Employment of Esther McKean of the Law Firm of Akerman LLP as Counsel for the Estate Effective *Ex Post Facto* to April 6, 2023 (Doc. No. 10) was furnished on April 14, 2023, to all parties receiving electronic notifications by the CM/ECF system and on April 17, 2023 was served by U.S. Mail to **Attorney for the Debtor:** Jeffrey S. Badgley, Esq., Badgley Law Group, 801 N. Magnolia Ave., Suite 107, Orlando, FL 32803; **UST:** United States Trustee's Office, George C. Young Federal Courthouse, 400 West Washington Street, Suite 1100, Orlando, Florida 32801, and to **Debtor:** Mehrnoosh Sabeti Sanat, 2108 Silver Leaf Court, Longwood, FL 32779.

DATED: April 17, 2023                    Respectfully submitted,

                                                  **AKERMAN LLP**

                                                  *s/ Esther McKean*
                                                  Esther McKean, Esquire
                                                  Florida Bar Number: 28124
                                                  **AKERMAN LLP**
                                                  420 S. Orange Ave., Suite 1200
                                                  Orlando, FL 32801
                                                  Phone: (407) 423-4000
                                                  Fax: (407) 843-6610
                                                  Email: esther.mckean@akerman.com