United States Bankruptcy Court
Middle District of Florida

In re:                                                                                  Case No. 23-00467-LVV
Mehrnoosh Sabeti Sanat                                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-6      User: admin      Page 1 of 3
Date Rcvd: Jun 29, 2023      Form ID: aPOCjck      Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mehrnoosh Sabeti Sanat, 2108 Silver Leaf Court, Longwood, FL 32779-2757 |
| traty | + | Esther A McKean, Akerman LLP, 420 South Orange Ave. Suite 1200, Orlando, FL 32801-4904 |
| cr | + | Westlake Flooring Company, LLC, c/o Liebler Gonzalez & Portuondo, 44 West Flagler St., Courthouse Tower - 25th FL, Miami, FL 33130-1808 |
| 30266421 | + | AdventHealth, PO Box 105572, Atlanta, GA 30348-5572 |
| 30266432 | + | Floorplan Xpress, LLC-OK, 2900 S Telephone Road, Suite 220, Oklahoma City, OK 73160-2971 |
| 30266433 | + | Liebler Gonzalez & Portuondo, Courthouse Tower 25th Floor, 44 West Flagler Street, Miami, FL 33130-1817 |
| 30266442 | | Priority Credit Union, 301 W Michigan Avenue, Orlando, FL 32806 |
| 30266447 | + | Trustco Bank, 320 State Street, Schenectady, NY 12305-2302 |
| 30266448 | + | Universal Auto Plaza, Inc, 3701 W Colonial Drive, Orlando, FL 32808-7905 |
| 30266455 | + | Westlake Flooring Company, c/o Corporate Creations Net, 801 US Highway 1, North Palm Beach, FL 33408-3811 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BLPATTON | Jun 30 2023 01:57:00 | Lori Patton, Lori Patton, Trustee, 377 Maitland Ave, Ste 1002, Altamonte Springs, FL 32701-5442 |
| 30266422 | + | Email/PDF: bncnotices@becket-lee.com | Jun 29 2023 22:08:30 | American Express, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 30266423 | + | Email/PDF: bncnotices@becket-lee.com | Jun 29 2023 22:08:36 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 30266424 | + | Email/PDF: bncnotices@becket-lee.com | Jun 29 2023 22:08:42 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 30266426 | + | EDI: BANKAMER.COM | Jun 30 2023 01:57:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 30266425 | + | EDI: BANKAMER.COM | Jun 30 2023 01:57:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 30266428 | | Email/Text: bankruptcy@cavps.com | Jun 29 2023 22:07:00 | Cavalry Portfolio Services, 4050 E Cotton Center Blvd, Phoenix, AZ 85040 |
| 30266427 | + | Email/Text: bankruptcy@cavps.com | Jun 29 2023 22:07:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 30266431 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jun 29 2023 22:07:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 30266430 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jun 29 2023 22:07:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCS83E, 1830 E Paris Ave SE, Grand Rapids, MI 49546-6253 |
| 30266419 | | EDI: FLDEPREV.COM | Jun 30 2023 01:57:00 | Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 30266420 | | EDI: IRS.COM | Jun 30 2023 01:57:00 | Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |

District/off: 113A-6 | User: admin | Page 2 of 3
Date Rcvd: Jun 29, 2023 | Form ID: aPOCjck | Total Noticed: 42

| | | | | |
|---|---|---|---|---|
| 30266429 | | EDI: JPMORGANCHASE | Jun 30 2023 01:57:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 30266434 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 29 2023 22:08:40 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 30266435 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2023 22:07:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 30266437 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2023 22:07:00 | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 30266436 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2023 22:07:00 | Midland Funding, LLC, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 30266439 | + | Email/Text: bankruptcy@onlineis.com | Jun 29 2023 22:07:00 | Online Collections, 685 W Fire Tower Rd, Winterville, NC 28590-9232 |
| 30266438 | + | Email/Text: bankruptcy@onlineis.com | Jun 29 2023 22:07:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 30266440 | | EDI: PRA.COM | Jun 30 2023 01:57:00 | Portfolio Recovery Associates, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 30266441 | | EDI: PRA.COM | Jun 30 2023 01:57:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 30266443 | + | Email/Text: newbk@Regions.com | Jun 29 2023 22:07:00 | Regions Bank, Attn: Bankruptcy, 2050 Parkway Office Circle, Hoover, AL 35244-1805 |
| 30266444 | + | Email/Text: newbk@Regions.com | Jun 29 2023 22:07:00 | Regions Bank, 720 North 39th Street, Birmingham, AL 35222-1112 |
| 30266446 | + | EDI: RMSC.COM | Jun 30 2023 01:57:00 | SYNCB/BRMart, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 30266445 | + | EDI: RMSC.COM | Jun 30 2023 01:57:00 | SYNCB/BRMart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 30266418 | | Email/Text: kelly.rose@seminolecounty.tax | Jun 29 2023 22:07:00 | Seminole County Tax Collector, Post Office Box 630, Sanford FL 32772-0630 |
| 30266449 | + | EDI: WFFC.COM | Jun 30 2023 01:57:00 | Wells Fargo Auto, Attn: Bankruptcy, PO Box 168048, Irving, TX 75016-8048 |
| 30266450 | + | EDI: WFFC2 | Jun 30 2023 01:57:00 | Wells Fargo Auto, Po Box 71092, Charlotte, NC 28272-1092 |
| 30266451 | + | EDI: WFFC2 | Jun 30 2023 01:57:00 | Wells Fargo Auto Finance, Attn: Bankruptcy, PO Box 29704, Phoenix, AZ 85038-9704 |
| 30266452 | + | EDI: WFFC2 | Jun 30 2023 01:57:00 | Wells Fargo Auto Finance, Po Box 71092, Charlotte, NC 28272-1092 |
| 30266454 | + | EDI: WFFC2 | Jun 30 2023 01:57:00 | Wells Fargo/Dillards, Po Box 14517, Des Moines, IA 50306-3517 |
| 30266453 | + | EDI: WFFC2 | Jun 30 2023 01:57:00 | Wells Fargo/Dillards, Attn: Bankruptcy, PO Box 10438, Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 29, 2023 | Form ID: aPOCjck | Total Noticed: 42 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2023         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Esther A McKean | on behalf of Trustee Lori Patton esther.mckean@akerman.com |
| James Randolph Liebler, II | on behalf of Plaintiff Westlake Flooring Company  LLC jrlii@lgplaw.com, mkv@lgplaw.com |
| James Randolph Liebler, II | on behalf of Creditor Westlake Flooring Company  LLC jrlii@lgplaw.com, mkv@lgplaw.com |
| Jeffrey S Badgley | on behalf of Defendant Bay Avenue Holdings  LLC jbadgley@badgleylawgroup.com, bankruptcy@badgleylawgroup.com;assistant@badgleylawgroup.com;medowell@badgleylawgroup.com |
| Jeffrey S Badgley | on behalf of Defendant Trade Investment Property  Inc. jbadgley@badgleylawgroup.com, bankruptcy@badgleylawgroup.com;assistant@badgleylawgroup.com;medowell@badgleylawgroup.com |
| Jeffrey S Badgley | on behalf of Debtor Mehrnoosh Sabeti Sanat jbadgley@badgleylawgroup.com bankruptcy@badgleylawgroup.com;assistant@badgleylawgroup.com;medowell@badgleylawgroup.com |
| Jeffrey S Badgley | on behalf of Defendant Mehrnoosh Sabeti Sanat jbadgley@badgleylawgroup.com bankruptcy@badgleylawgroup.com;assistant@badgleylawgroup.com;medowell@badgleylawgroup.com |
| Lori Patton | trustee@trusteepatton.com  FL99@ecfcbis.com |
| United States Trustee - ORL7/13 | USTP.Region21.OR.ECF@usdoj.gov |

TOTAL: 9

**[Dnftpoc]** [Asset Notice]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                                  Case No. 6:23−bk−00467−LVV
                                                                                                        Chapter 7

Mehrnoosh Sabeti Sanat

_____Debtor\*_____/

<u>NOTICE OF DEADLINE TO FILE PROOF OF CLAIM</u>

NOTICE IS HEREBY GIVEN TO CREDITORS, AND OTHER PARTIES IN INTEREST:

   Pursuant to Fed. R. Bankr. P. 3002(c)(5), creditors are hereby notified that a dividend now appears possible in this case. Therefore, the "Deadline to File a Proof of Claim" in this case is October 2, 2023 .

   A proof of claim is a signed statement describing a creditor's claim. If you do not file a proof of claim by the "Deadline to File a Proof of Claim" provided herein, you might not be paid any money on your claim against the Debtor in the bankruptcy case. To be paid, you must file a proof of claim, even if your claim is listed in the schedules filed by the Debtor. Any creditor who has filed a proof of claim in this case previously need not file another proof of claim.

   A Proof of Claim form ("Official Form B 410") may be filed on−line at the Court's website − ***www.flmb.uscourts.gov,*** or obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A claim may be filed with, or mailed to, the Clerk of the Bankruptcy Court.

   Copies of supporting documents, such as statements of account, invoices, ledger cards, etc. should be attached to the proof of claim whether filing via the internet, in person or by mail.

   Dated June 28, 2023 .

                                                        Sheryl L. Loesch , Clerk of Court
                                                        George C. Young Federal Courthouse
                                                        400 West Washington Street.
                                                        Suite 5100
                                                        Orlando, FL 32801

   \*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

   Copies furnished to:
   All Interested Parties