# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 6:23-bk-00467-LVV  
**Case Name:** Sanat, Mehrnoosh Sabeti  
**For Period Ending:** 06/30/2023

**Trustee Name:** (291020) Lori Patton  
**Date Filed (f) or Converted (c):** 02/07/2023 (f)  
**§ 341(a) Meeting Date:** 03/08/2023  
**Claims Bar Date:** 10/02/2023

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Debtor resides with significant other whom owns the household goods and furnishings Location: 2108 Silver Leaf Court, Longwood FL 32779 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Personal clothing Location: 2108 Silver Leaf Court, Longwood FL 32779 | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Fraudulent transfer - Sale of 655 Bay Ave, Eagle Lake, FL 33839 (u) | Unknown | 85,000.00 | | 0.00 | 85,000.00 |
| 3 | Assets Totals (Excluding unknown values) | **$100.00** | **$85,000.00** | | **$0.00** | **$85,000.00** |

**Major Activities Affecting Case Closing:**

Debtor purchased home at 655 Bay Ave., Eagle Lake, FL 33839 in 2015/2016 for $99,000; sold it on 12/15/2022 for $85,000 to Bay Avenue Holdings (company owned by ex-husband) - said she only rec'd $3,560.18 from closing (said she just cashed the check, could not remember what bank ) - need a copy of closing statement
Sch. I states debtor has no income - she testified her father (who lives in Iraq or Iran) sends money to his friends who give cash to debtor to live on. Need names of friends who give her cash.
3/20/23 - email and docs rec'd from atty - to Trustee for review

Trustee has reviewed and emailed DA asking for an explanation of why a property that is valued on zillow for $198K and debtor had listed for sale within the last year for $249K was sold to her ex husband for $85K. Esther McKean was copied on the email. Trustee is interested in pursing a potential 548 claim against the ex husband.

DA has never responded to trustee's request for explanation. Trustee to hire Esther McKean at Akerman to pursue the fraudulent transfer of real estate.
4/10/23 - app to employ McKean filed (DE 9) - granted 4/14 (DE 10)
7/22 - reqt'd update from attorney for Trustee

**Initial Projected Date Of Final Report (TFR):** 03/01/2024  
**Current Projected Date Of Final Report (TFR):** 03/01/2024