UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

MEHRNOOSH SABETI SANAT,  Case No.: 6:23-bk-00467-LVV

    Debtor.
_____/

**CHAPTER 7 TRUSTEE'S NOTICE
OF 2004 EXAMINATION OF MEHRNOOSH SABETI SANAT (*DUCES TECUM*)**

Lori Patton, as Chapter 7 Trustee of the bankruptcy estate of Mehrnoosh Sabeti Sanat ("Trustee"), by and through undersigned counsel, requests that Mehrnoosh Sabeti Sanat produce and deliver all of the documents as detailed in **Exhibit A** to this Notice. The documents identified on **Exhibit A** should be produced and delivered on or before August 18, 2023 to Esther McKean, Esq., Akerman LLP, 420 South Orange Avenue, Suite 1200, Orlando, FL 32801.

This request for production of documents is pursuant to Rule 2004, *Federal Rules of Bankruptcy Procedure*, and Local Rule 2004-1, *Bankruptcy Rules for the United States Bankruptcy Court for the Middle District of Florida*. Pursuant to Local Rule 2004-1(b), no order is necessary.

Dated: July 28, 2023.

    *s/ Esther McKean*
    Esther McKean, Esquire
    Florida Bar Number: 28124
    **AKERMAN LLP**
    420 S. Orange Ave., Suite 1200
    Orlando, FL 32801
    Phone: (407) 423-4000
    Fax: (407) 843-6610
    Email: esther.mckean@akerman.com
    Attorneys for Trustee

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was served on July 28, 2023 through the Court's CM/ECF system and by first-class United States Mail, postage prepaid to Debtor: Mehrnoosh Sabeti Sanat, 2018 Silver Leaf Court, Longwood, Florida 32279 and Debtor's attorney: Jeffrey S. Badgley, Esq., 801 N. Magnolia Avenue, Suite 107, Orlando, Florida 32803.

.

                                                          */s/ Esther McKean*
                                                        Esther McKean, Esq.

## EXHIBIT A

## DEFINITIONS

1. The term "communication" shall mean the transmittal of information (in the form of facts, ideas, inquiries or otherwise) by any medium, whether written, oral, electronic or otherwise.

2. The term "concerning" shall mean relating to, referring to, describing, evidencing or constituting.

3. The term "Debtor" shall mean Mehrnoosh Sabeti Sanat.

4. The term "you" or "your" shall mean Mehrnoosh Sabeti Sanat.

5. The term "document" shall be construed in the broadest possible sense in accordance with the Federal Rules of Bankruptcy Procedure and the Federal Rules of Civil Procedure, and shall include, without limitation, any original and all copies of any writings, memoranda, e-mail, tape or other sound recordings, contracts, agreements, invoices, checks, statements, receipts, letters, notes, telephone logs, diaries, calendar entries, telegrams, telexes or other forms of communication or correspondence, books or records of account, schedules, tax returns, computer printouts, tapes or memories, Photostats, microfilm, or other written information in whatever form, including without limitation electronic form, which is in the possession, custody or control of you or your counsel.

6. The term "loan" means any loans, indebtedness, revolving loan and/or credit transactions, extensions of credit, credit facilities, financing agreements and secured/unsecured lending transactions.

7. The terms "any," "all" and "each" shall be construed individually to mean any, all and each.

8. The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of these requests all responses that might otherwise be construed to be outside of its scope.

9. The term "ESI" means any electronically stored information-including writings, drawings, graphs, charts, photographs, Documents, sound recordings, images, and other data or data compilations-stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form as defined in Rules 26 and 34 of the Federal Rules of Civil Procedure and Rule 1001 of the Federal Rules of Evidence.

10. The term "property" means 655 Bay Ave., Eagle Lake, Florida.

11. The term transfer means any mode of disposing or parting with property or an interest in property.

**INSTRUCTIONS**

1. The relevant time period of these requests is January 1, 2019, through and including the present, unless otherwise stated in a particular request for production, and shall include all documents which relate or refer to this period even though prepared before or subsequent to that period.

2. In producing documents, you shall produce documents in full, without abridgement, abbreviation or editing of any sort.

3. All documents shall be segregated in accordance with numbered and lettered paragraphs herein.

4. If you object to furnishing any requested documentation on the ground of privilege, immunity, work product or otherwise, please provide a written statement in which you identify the specific ground(s) for your objection and the document withheld from production by furnishing,

at the least, its date, author(s), addressee(s), a general description of the subject matter of the document, the type of document, number of pages, number and kind of attachments or appendices, indicated or blind copies, all persons to whom the document was shown or explained, date of destruction or other disposition, reason for destruction, person authorizing destruction or other disposition, person destroying or otherwise disposing of the document, and if not destroyed, person in possession of documents otherwise disposed of, and the reason why the document is protected.

5. Notwithstanding your objection, you must disclose any objected to document(s) containing non-objectionable matter which are relevant and material to these discovery requests, but you may withhold the portion for which you assert the objection, subject to further request or motion, provided that you furnish the above-requested identification.

6. In the event any of the documents cannot be provided in full, you must produce all documents to the fullest extent possible and specify the reasons for your inability to produce the remainder.

7. This request is continuing. If, after producing documents, you later discover additional responsive documents or things, you are obligated to supplement your responses pursuant to Federal Rule of Civil Procedure 26(e).

## DOCUMENTS TO BE PRODUCED

1. Your tax returns.

2. All bank statements and credit card statements for any bank or credit card account that you hold or have had signatory authority.

3. All documents concerning all checking accounts, savings accounts, certificates of deposit, dividend stocks, royalties, bond funds, retirement accounts, or either individual or joint, in any bank, savings and loan institution, credit union, or other financial institution either in your name, jointly in your name with another person, in a company name, or in the name of a trust for your use and benefit.

4. All documents concerning digital currency you own or owned.

5. All documents concerning any digital asset you owned or owned.

6. If you sold a digital asset, all documents concerning the purchaser, the type of digital asset sold, sale price, date, and circumstances of the sale.

7. All documents concerning online accounts, including but not limited to, Cash App, Venmo, and Paypal.

8. Identify and provide a list of all payments made by you that benefited anyone else, including the amount, date, explanation of payment, underlying debt, and the name the individual or entity that benefited from your payment of such debt.

9. All documents evidencing your payment of rent or mortgage, utilities, car, gas, groceries, and insurance (including life, health, car, and rental or homeowners' insurance).

10. All documents concerning the property.

11. All inspections concerning the property.

12. All appraisals of the property.

13. All photographs of the property.

14. All documents concerning the value of the property.

15. All documents concerning the unremediated sinkhole at the property.

16. All documents concerning geological reports or studies of the soil, bedrock or foundation of the property.

17. All documents concerning Subsidence Incident Reports of the property.

18. All permits relating to the property.

19. All documents concerning insurance for the property, including all insurance claims made.

20. All documents concerning 4Point Inspection of the property.

21. All documents concerning your purchase of the property.

22. All documents concerning maintenance or repairs you or someone on your behalf performed on the property.

23. All documents concerning maintenance or repairs needed for the property.

24. All documents concerning any damage sustained to the property.

25. All rental agreements for the property.

26. All documents concerning rental income from the property.

27. All agreements, contracts or leases concerning the property.

28. All documents concerning the reasons you sold the property.

29. All documents concerning the sale of the property in December of 2022.

30. All documents concerning all sources of income, monies, gifts, and distributions you have received.

Case 6:23-bk-00467-LVV    Doc 15    Filed 07/28/23    Page 8 of 8

31. All documents concerning all transfers between you and Bay Avenue Holdings, LLC.

32. All documents concerning all transfers between you and Universal Auto Plaza, Inc.

33. All documents concerning all transfers between you and Trade Investment Property, Inc.

34. The Final Judgment entered in the case of *Alireza v. Mehrnoosh*, Case No. 2006-DR-017452-O, Orange County, Florida.

35. All documents concerning 2108 Silver Leaf Court, Longwood, Florida 32779.

36. All documents regarding your Motion for Judgment for Damages filed in Case No. 2022-CC-5697, Polk County, Florida.

37. All documents concerning any loan you were a party to, including, but not limited to, promissory notes, guarantees, loan agreements, mortgage(s) and/or mortgage modification agreements, cross-collateralization agreements, security agreements, loan instruments, subordination and/or assignment agreements, checks, bank wires, communications, letters, correspondence, e-mails, facsimiles and any attachments thereto and internal memoranda related thereto, together with any other hard copy or ESI of any kind.

38. All documents concerning any and all monies or property of any kind, including, without limitation, paid or transferred to you from any source whatsoever.

39. All documents concerning any and all monies or property of any kind, including, without limitation, you paid or transferred to any individual or entity.

40. All loan applications and financial statements you provided to any third party.

41. All documents you provided to Dulniak Tax and Accounting Services LLC concerning your federal taxes.

8
71952279;1