UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

MEHRNOOSH SABETI SANAT,　　　　　　　　　　Case No.:  6:23-bk-00467-LVV

　　　Debtor.
_____/

# CHAPTER 7 TRUSTEE'S NOTICE
# OF 2004 EXAMINATION OF PGA TITLE, INC. (*DUCES TECUM*)

Lori Patton, as Chapter 7 Trustee of the bankruptcy estate of Mehrnoosh Sabeti Sanat ("Trustee"), by and through undersigned counsel, requests that PGA Title, Inc. produce and deliver all of the documents as detailed in **Exhibit A** to this Notice. The documents identified on **Exhibit A** should be produced and delivered on or before August 18, 2023 to Esther McKean, Esq., Akerman LLP, 420 South Orange Avenue, Suite 1200, Orlando, FL 32801.

This request for production of documents is pursuant to Rule 2004, *Federal Rules of Bankruptcy Procedure*, and Local Rule 2004-1, *Bankruptcy Rules for the United States Bankruptcy Court for the Middle District of Florida*. Pursuant to Local Rule 2004-1(b), no order is necessary.

Dated: July 28, 2023.　　　　　　　　　　　　　*s/ Esther McKean*
　　　　　　　　　　　　　　　　　　　　　　　Esther McKean, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar Number: 28124
　　　　　　　　　　　　　　　　　　　　　　　**AKERMAN LLP**
　　　　　　　　　　　　　　　　　　　　　　　420 S. Orange Ave., Suite 1200
　　　　　　　　　　　　　　　　　　　　　　　Orlando, FL 32801
　　　　　　　　　　　　　　　　　　　　　　　Phone: (407) 423-4000
　　　　　　　　　　　　　　　　　　　　　　　Fax: (407) 843-6610
　　　　　　　　　　　　　　　　　　　　　　　Email: esther.mckean@akerman.com
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Trustee

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was served on July 28, 2023 through the Court's CM/ECF system and by first-class United States Mail, postage prepaid to Debtor: Mehrnoosh Sabeti Sanat, 2018 Silver Leaf Court, Longwood, Florida 32279, Debtor's attorney: Jeffrey S. Badgley, Esq., 801 N. Magnolia Avenue, Suite 107, Orlando, Florida 32803, PGA Title, Inc., ATTN: Reg. Agent and President, James Rankin, 115 Timberlachen Circle, Suite 2005, Lake Mary, Florida 32746, and PGA Title, Inc., ATTN: Reg. Agent and President, James Rankin, 221 Wood Lake Dr., Maitland, FL 32751.

.

*/s/ Esther McKean*
Esther McKean, Esq.

## **EXHIBIT A**

## **DEFINITIONS**

1. The term "communication" shall mean the transmittal of information (in the form of facts, ideas, inquiries or otherwise) by any medium, whether written, oral, electronic or otherwise.

2. The term "concerning" shall mean relating to, referring to, describing, evidencing or constituting.

3. The term "Debtor" shall mean Mehrnoosh Sabeti Sanat.

4. The term "document" shall be construed in the broadest possible sense in accordance with the Federal Rules of Bankruptcy Procedure and the Federal Rules of Civil Procedure, and shall include, without limitation, any original and all copies of any writings, memoranda, e-mail, tape or other sound recordings, contracts, agreements, invoices, checks, statements, receipts, letters, notes, telephone logs, diaries, calendar entries, telegrams, telexes or other forms of communication or correspondence, books or records of account, schedules, tax returns, computer printouts, tapes or memories, Photostats, microfilm, or other written information in whatever form, including without limitation electronic form, which is in the possession, custody or control of you or your counsel.

5. The term "loan" means any loans, indebtedness, revolving loan and/or credit transactions, extensions of credit, credit facilities, financing agreements and secured/unsecured lending transactions.

6. The terms "any," "all" and "each" shall be construed individually to mean any, all <u>and</u> each.

7. The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of these requests all responses that might otherwise be construed to be outside of its scope.

8. The term "property" means 655 Bay Ave., Eagle Lake, Florida.

**INSTRUCTIONS**

1. The relevant time period of these requests is January 1, 2019, through and including the present, unless otherwise stated in a particular request for production, and shall include all documents which relate or refer to this period even though prepared before or subsequent to that period.

2. In producing documents, you shall produce documents in full, without abridgement, abbreviation or editing of any sort.

3. All documents shall be segregated in accordance with numbered and lettered paragraphs herein.

4. If you object to furnishing any requested documentation on the ground of privilege, immunity, work product or otherwise, please provide a written statement in which you identify the specific ground(s) for your objection and the document withheld from production by furnishing, at the least, its date, author(s), addressee(s), a general description of the subject matter of the document, the type of document, number of pages, number and kind of attachments or appendices, indicated or blind copies, all persons to whom the document was shown or explained, date of destruction or other disposition, reason for destruction, person authorizing destruction or other disposition, person destroying or otherwise disposing of the document, and if not destroyed, person in possession of documents otherwise disposed of, and the reason why the document is protected.

5. Notwithstanding your objection, you must disclose any objected to document(s) containing non-objectionable matter which are relevant and material to these discovery requests,

but you may withhold the portion for which you assert the objection, subject to further request or motion, provided that you furnish the above-requested identification.

6. In the event any of the documents cannot be provided in full, you must produce all documents to the fullest extent possible and specify the reasons for your inability to produce the remainder.

7. This request is continuing. If, after producing documents, you later discover additional responsive documents or things, you are obligated to supplement your responses pursuant to Federal Rule of Civil Procedure 26(e).

## DOCUMENTS TO BE PRODUCED

1. All documents concerning the property.

2. All documents concerning the sale of the property.

3. All documents concerning the Debtor.

4. All documents concerning File Number: T225957.

5. All documents concerning the contract to purchase the property.

6. The Settlement Statement (HUD-1) for the property.

7. All documents relating to the payoff of any loan relating to the property.

8. All communications with the Debtor.