# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
www.flmb.uscourts.gov

In Re:

**MEHRNOOSH SABETI SANAT**,           Case No.:  6:23-bk-00467-LVV

    **Debtor,**
_____/

## DEBTOR'S RESPONSE TO CHAPTER 7 TRUSTEE'S NOTICE OF 2004 EXAMINATION OF MEHRNOOSH SABETI SANAT (*DUCES TECUM*)

Debtor, MEHRNOOSH SABETI SANAT, serves the following response to each category of documents, as follows:

## DOCUMENTS TO BE PRODUCED

1. Your tax returns.

**RESPONSE: Debtor will provide the last three years of income tax returns.**

2. All bank statements and credit card statements for any bank or credit card account that you hold or have had signatory authority.

**RESPONSE: Debtor has not maintained a bank account since January 1, 2019**

3. All documents concerning all checking accounts, savings accounts, certificates of deposit, dividend stocks, royalties, bond funds, retirement accounts, or either individual or joint, in any bank, savings and loan institution, credit union, or other financial institution either in your name, jointly in your name with another person, in a

company name, or in the name of a trust for your use and benefit.

**RESPONSE: See response to previous request.**

4. All documents concerning digital currency you own or owned.

**RESPONSE: None.**

5. All documents concerning any digital asset you owned or owned.

**RESPONSE: None.**

6. If you sold a digital asset, all documents concerning the purchaser, the type of digital asset sold, sale price, date, and circumstances of the sale.

**RESPONSE: None.**

7. All documents concerning online accounts, including but not limited to, Cash App, Venmo, and Paypal.

**RESPONSE: None.**

8. Identify and provide a list of all payments made by you that benefited anyone else, including the amount, date, explanation of payment, underlying debt, and the name the individual or entity that benefited from your payment of such debt.

**RESPONSE: None.**

9. All documents evidencing your payment of rent or mortgage, utilities, car, gas, groceries, and insurance (including life, health, car, and rental or homeowners' insurance).

**RESPONSE: None.**

10. All documents concerning the property.

**RESPONSE: None.**

11. All inspections concerning the property.

**RESPONSE: None.**

12. All appraisals of the property.

**RESPONSE: None.**

13. All photographs of the property.

**RESPONSE: Debtor will provide all photographs in her possession.**

14. All documents concerning the value of the property.

**RESPONSE: This request is overly broad and vague. Without waiving that objection, Debtor states she has no such documents.**

15. All documents concerning the unremediated sinkhole at the property.

**RESPONSE: None.**

16. All documents concerning geological reports or studies of the soil, bedrock or foundation of the property.

**RESPONSE: None.**

17. All documents concerning Subsidence Incident Reports of the property.

**RESPONSE: None.**

18. All permits relating to the property.

**RESPONSE: None.**

19. All documents concerning insurance for the property, including all insurance claims made.

**RESPONSE: None.**

20. All documents concerning 4Point Inspection of the property.

**RESPONSE: None.**

21. All documents concerning your purchase of the property.

**RESPONSE: None.**

22. All documents concerning maintenance or repairs you or someone on your behalf performed on the property.

**RESPONSE: None.**

23. All documents concerning maintenance or repairs needed for the property.

**RESPONSE: None.**

24. All documents concerning any damage sustained to the property.

**RESPONSE: See response to number 13.**

25. All rental agreements for the property.

**RESPONSE: Debtor will produce any such documents in her possession.**

26. All documents concerning rental income from the property.

**RESPONSE: None.**

27. All agreements, contracts or leases concerning the property.

**RESPONSE: None.**

28. All documents concerning the reasons you sold the property.

**RESPONSE: None.**

29. All documents concerning the sale of the property in December of 2022.

**RESPONSE: None.**

30. All documents concerning all sources of income, monies, gifts, and distributions you have received.

**RESPONSE: None.**

31. All documents concerning all transfers between you and Bay Avenue Holdings, LLC.

**RESPONSE: None.**

32. All documents concerning all transfers between you and Universal Auto Plaza, Inc.

**RESPONSE: None.**

33. All documents concerning all transfers between you and Trade Investment Property, Inc.

**RESPONSE: None.**

34. The Final Judgment entered in the case of Alireza v. Mehrnoosh, Case No. 2006- DR-017452-O, Orange County, Florida.

**RESPONSE: Debtor will provide.**

35. All documents concerning 2108 Silver Leaf Court, Longwood, Florida

32779.

**RESPONSE: Debtor objects to this request as over broad, vague and not reasonably calculated to lead to the discovery of admissible evidence.**

36. All documents regarding your Motion for Judgment for Damages filed in Case No. 2022-CC-5697, Polk County, Florida.

**RESPONSE: None.**

37. All documents concerning any loan you were a party to, including, but not limited to, promissory notes, guarantees, loan agreements, mortgage(s) and/or mortgage modification agreements, cross-collateralization agreements, security agreements, loan instruments, subordination and/or assignment agreements, checks, bank wires, communications, letters, correspondence, e-mails, facsimiles and any attachments thereto and internal memoranda related thereto, together with any other hard copy or ESI of any kind.

**RESPONSE: None.**

38. All documents concerning any and all monies or property of any kind, including, without limitation, paid or transferred to you from any source whatsoever.

**RESPONSE: Debtor objects to this request as overly broad, vague and not reasonably calculated to lead to the discovery of admissible evidence.**

39. All documents concerning any and all monies or property of any kind, including, without limitation, you paid or transferred to any individual or entity.

**RESPONSE: Debtor objects to this request as overly broad, vague and not reasonably calculated to lead to the discovery of admissible evidence.**

40. All loan applications and financial statements you provided to any third party.

**RESPONSE: Debtor objects to this request as overly broad, vague and not reasonably calculated to lead to the discovery of admissible evidence.**

41. All documents you provided to Dulniak Tax and Accounting Services LLC concerning your federal taxes.

**RESPONSE: Debtor objects to this request as overly broad, vague and not reasonably calculated to lead to the discovery of admissible evidence.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was served on August 23, 2023 by first-class United States Mail, postage prepaid to Debtor: Mehrnoosh Sabeti Sanat, 2018 Silver Leaf Court, Longwood, Florida 32279 and by ECF to attorney for Trustee, Esther McKean, 420 S. Orange Aven Ste. 1200, Orlando, FL 32801.

/s/Jeffrey S. Badgley
JEFFREY S. BADGLEY
Florida Bar No.: 0599417
Badgley Law Group
801 N. Magnolia Ave., Suite 107
Orlando, FL 32803
Tel: (407) 781-0420

Fax: (407) 781-0706
Attorney for Debtor(s)
jbadgley@Badgleylawgroup.com